```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )      NO: CR-08-2074-WFN
                                )
     vs.                        )
                                )      ORDER DISMISSING
                                )      INDICTMENT
JUAN ESTRADA-BENITEZ,           )
                                )
                                )
                Defendant.      )
                                )
```

Before the Court is the government's motion to dismiss the Indictment.

Having reviewed the record and finding that good cause exists,

IT IS HEREBY ORDERED that the government's motion to dismiss the Indictment is granted.

DATED this __30th__ day of __September__, 2008.

s/ Wm. Fremming Nielsen
William Fremming Nielsen
SENIOR UNITED STATES DISTRICT JUDGE

4